# United States Court of Appeals
### For the Eighth Circuit

_____

No. 20-2306
_____

United States of America

*Plaintiff - Appellee*

v.

Jerome Franklin Deering, Bey, also known as Nicholas Lavern Williams

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids
_____

Submitted: February 1, 2021
Filed: February 4, 2021
[Unpublished]
_____

Before LOKEN, BENTON, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Jerome Deering Bey appeals the district court's[1] rulings denying his motion seeking a reduction to the length of his prison sentence under the First Step Act, and

_____

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). Because Deering Bey was released from custody during the pendency of this appeal, his challenges to the district court's orders have become moot. See Owen v. United States, 930 F.3d 989, 989-90 (8th Cir. 2019). The appeal is therefore dismissed.

_____